# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RAMON SAVAGE,

                Defendant.

Case No. 23-CR-77-23-JPS

**ORDER**

        On April 25, 2023 the Government filed a forty-three count Indictment in which Defendant Ramon Savage ("Defendant") was charged in four counts with violating 18 U.S.C. §§ 1341, 1349, 371, 922(g)(1), 924(a)(8), and 2(a). ECF No. 1. On September 23, 2024, the parties filed a plea agreement indicating that Defendant would plead guilty to Counts One and Thirty-Five in the Indictment, with the Government to move to dismiss the remaining counts as to Defendant at the time of sentencing. ECF No. 561.

        The parties appeared before Magistrate Judge Stephen C. Dries on October 3, 2024 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 591. Defendant entered a plea of guilty as to Counts One and Thirty-Five in the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*

The same day, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 592. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries's Report and Recommendation, ECF No. 592, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of October, 2024.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge